UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERIE J. MOLLERE** | * | **CIVIL ACTION NO. 17-2508** |
| | * | |
| **VERSUS** | * | **JUDGE JANE TRICHE MILAZZO** |
| | * | |
| **LIFE INSURANCE COMPANY OF** | * | **MAGISTRATE JUDGE JOSEPH C.** |
| **NORTH AMERICA** | * | **WILKINSON, JR.** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION AND ORDER OF DISMISSAL

MAY IT PLEASE THE COURT:

   Plaintiff, Cherie J. Mollere, for herself, her heirs, legal representatives, assigns, successors, representatives, employees, agents and attorneys, and defendant, Life Insurance Company of North America, through their undersigned counsel, hereby stipulate and agree that pursuant to a compromise reached between all parties, all claims plaintiff has asserted in this matter against Life Insurance Company of North America, be and they are hereby dismissed, with prejudice.

   WHEREFORE, the parties herein jointly move this Honorable Court to enter an Order dismissing plaintiff's claims with prejudice, in accordance with the parties' stipulation.

*Signatures and Certificate of Service, Next Page*

Respectfully submitted,

| | |
|---|---|
| s/ Reagan L. Toledano | s/ Lauren A. Welch |
| JAMES F. WILLEFORD (#13485) | LAUREN A. WELCH (#17199) |
| REAGAN L. TOLEDANOD (#29687) | McCRANIE, SISTRUNK, ANZELMO, |
| WILLEFORD & TOLEDANO | HARDY, McDANIEL & WELCH, L.L.C. |
| 201 St. Charles Avenue, Suite 4208 | 909 Poydras Street, Suite 1000 |
| New Orleans, LA 70170 | New Orleans, LA 70112 |
| Telephone: (504) 582-1286 | Telephone: (504) 831-0946 |
| Facsimile: (313) 692-5927 | Facsimile: (800) 977-8810 |
| E-mail: rtoledano@willefordlaw.com | E-mail: lwelch@mcsalaw.com |
| *Attorney for Plaintiff, Cherie J. Mollere* | *Attorney for Defendant, Life Insurance Company of North America* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                s/ Lauren A. Welch
                                                LAUREN A. WELCH