## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERIE J. MOLLERE** | * | **CIVIL ACTION NO. 17-2508** |
| | * | |
| **VERSUS** | * | **JUDGE JANE TRICHE MILAZZO** |
| | * | |
| **LIFE INSURANCE COMPANY OF** | * | **MAGISTRATE JUDGE JOSEPH C.** |
| **NORTH AMERICA** | * | **WILKINSON, JR.** |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### <u>O R D E R</u>

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are

hereby dismissed, with prejudice.

New Orleans, Louisiana this 11th day of April, 2018.

_____

**UNITED STATES DISTRICT COURT JUDGE**